DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4712

TEL: 562/868-5886
FAX: 562/868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS HERANDEZ, | Case No.: 1:09-CV-01077-SMS |
| Plaintiff, | STIPULATION TO DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY, | |
| Defendant | |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil

///

///

///

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Procedure, which dismissal shall be with prejudice.

Each party shall bear his/her own costs and expenses, including but not limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

DATED: February 16, 2010  LAW OFFICES OF LAWRENCE D. ROHLFING

 /s/- *Denise Bourgeois Haley*
Denise Bourgeois Haley
Attorneys for plaintiff

DATED: February 17, 2010  BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Chief, Civil Division

 /s/ *Shea Bond*
Shea Bond
Special Assistant United States Attorney
Attorneys for Defendant
[*By email authorization on 02/17/2010*]

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | DENISE BOURGEOIS HALEY |
| | ATTORNEY AT LAW 143709 |
| 2 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| | 12631 EAST IMPERIAL HIGHWAY, SUITE C-115 |
| 3 | SANTA FE SPRINGS, CALIFORNIA 90670-4712 |
| 4 | TEL: 562/868-5886 |
| | FAX: 562/868-5491 |
| 5 | E-MAIL: rohlfing_office@msn.com |
| 6 | Attorney for plaintiff |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS HERNANDEZ, | ) Case No. 1:09-CV-01077-SMS |
| Plaintiff, | ) ORDER DISMISSING CASE WITH |
| vs. | ) PREJUDICE |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY, | ) |
| Defendant | ) |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS SO ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice. Each party shall bear his/her own costs and expenses, including but not limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

Dated: February 17, 2010      /s/ Sandra M. Snyder

UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com