1  DENISE BOURGEOIS HALEY
   ATTORNEY AT LAW 143709
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@msn.com

6  Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JESS HERANDEZ, | ) Case No.: 1:09-CV-01077-SMS |
|---|---|
| Plaintiff, | ) STIPULATION TO DISMISSAL |
| vs. | ) WITH PREJUDICE; ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY, | ) |
| Defendant | ) |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil

///
///
///
///
///
///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  Procedure, which dismissal shall be with prejudice.
2          Each party shall bear his/her own costs and expenses, including but not
3  limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

5  DATED: February 16, 2010        LAW OFFICES OF LAWRENCE D. ROHLFING

7                   */s/- Denise Bourgeois Haley*
   Denise Bourgeois Haley
   Attorneys for plaintiff

9  DATED: February 17, 2010        BENJAMIN WAGNER
10                                 United States Attorney
                                   LUCILLE GONZALES MEIS
11                                 Chief, Civil Division

13                   */s/ Shea Bond*
   Shea Bond
14 Special Assistant United States Attorney
   Attorneys for Defendant
   [*By email authorization on 02/17/2010*]

PDF created with pdfFactory trial version www.pdffactory.com

1  DENISE BOURGEOIS HALEY
   ATTORNEY AT LAW 143709
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@msn.com

6  Attorney for plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESS HERNANDEZ, | Case No. 1:09-CV-01077-SMS |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY, | |
| Defendant | |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS SO ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice. Each party shall bear his/her own costs and expenses, including but not limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

Dated:  February 17, 2010         /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com